# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                              CASE NO. 4:03cr39-RH/AK

FELIPE ARELLANO,

    Defendant.

_____/

## ORDER DENYING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 57), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant's motion for relief under 28 U.S.C. §2255 (document 47) is DENIED with prejudice. The clerk shall enter judgment and close the file.

SO ORDERED this 7th day of December, 2007.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge